■ DENNIS A. MACIUBA, Respondent, v CHEEKTOWAGA TOWN BOARD, Defendant, and TOWN OF CHEEKTOWAGA POLICE CLUB, INC., Appellant.—Judgment insofar as appealed from unanimously affirmed with costs for reasons stated in decision at Supreme Court, Rath, J. (Appeal from Judgment of Supreme Court, Erie County, Rath, J.—Declaratory Judgment.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.